IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00907-WYD-NYW

KATHY ONYEMA,

    Plaintiff,

v.

PROGRESSIVE FINANCIAL SERVICES, INC., a Pennsylvania corporation,

    Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Defendant Progressive Financial Services, Inc. Motion for Summary Judgment (ECF No. 14) is **STRICKEN** from the record with leave to refile for failure to comply with my Practice Standards.  *See* Section III.B.

    Dated:  September 9, 2015